

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-18-00484-CR

David Asa **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0549
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On June 10, 2019, we struck appellant's brief and ordered appellant to file an amended appellant's brief in compliance with Texas Rule of Appellate Procedure 38.1. However, on June 19, 2019, appellant filed a supplemental brief rather than an amended brief as ordered. In the interest of justice, we withdraw the order of June 10, 2019, and will consider both the original brief filed by appellant on June 3, 2019, as well as the supplemental brief filed on June 19, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court